# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>CAMBRIDGE TRANSPORTATION, INC.,<br><br>Respondent. | Case No. 23-MC-101 (NEB/DJF)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the June 10, 2024, Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 30.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 30) is ACCEPTED;

2. A civil contempt finding is entered against Cambridge Transportation, Inc.; and

3. Cambridge Transportation, Inc. is ordered to pay civil contempt sanctions to the EEOC in the amount of $100.00 per day for each day that it remains out of compliance with the EEOC's subpoena, beginning June 7, 2024.

Dated: July 8, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge