# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>CAMBRIDGE TRANSPORTATION INC.,<br><br>Respondent. | Case No. 23-MC-101 (NEB/DJF)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the September 11, 2024 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 39.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 39) is ACCEPTED;

2. The United States Equal Employment Opportunity Commission's Motion to Modify Civil Contempt Sanctions for Failure to Comply with Court's Order to Show Cause (ECF No. 36) is GRANTED; and

2

3. Cambridge Transportation Inc.'s civil contempt sanctions are increased from $100.00 per day to $200.00 per day for each day that Cambridge remains out of compliance with the EEOC's subpoena, beginning September 9, 2024.

Dated: October 3, 2024                                    BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge